ANNA PAVITT BOUDIN, Appellant, v. HARRY CLARREN, Respondent.— Order granting defendant's motion to dismiss the complaint and the judgment entered thereon affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion without prejudice to renewal of the motion

after trial of the arbitration proceedings in *Matter of Clarren* v. *Boudin* (*ante*, p. 813) and without prejudice to an application for a stay.